**No. 54972.**—Ashear Bros., Inc., et al. *v.* United States, protests 145279–K, etc. (New York).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54973.**—Isaac B. Cohen & Sons Corp. et al. *v.* United States, protests 151646–K, etc. (New York).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54974.**—Manhattan Vintage Corp. *v.* United States, protest 156009–K (New York).

Opinion by Johnson, J.   From an examination of the papers in the case, the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 54975.**—The Bowater Paper Company, Inc. *v.* United States, protest 157942–K (New York).

Opinion by Johnson, J.   From an examination of the papers in the case, the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 54976.**—C. Schoenfeld *v.* United States, protest 162395–K (New York).

Opinion by Johnson, J.   From an examination of the papers in the case, the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 54977.**—American Oak Preserving Co. et al. *v.* United States, protests 157237–K, etc. (New York).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.